# In the United States District Court

Western District Of Arkansas

Hot Springs Division

## Ryan R. King

_(In the space above enter your full name and Prison ID
Number, if any. **Do not include your Social Security Number**)._

-against-

## Officer Castaneda
## Officer Morphew

_(In the space above enter the full name of each Defendant)_

**Case**

**No.**  6:26-cv-06012

(To be filled out by Clerk's
Office only)

# COMPLAINT

(_Pro Se_ Prisoner)

Jury Demand?

☑ Yes

☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.**

---

## I. PLAINTIFF INFORMATION

Ryan Randle King

Name (First, Middle, Last)

N/A

Aliases

N/A

Prisoner ID #, if any

N/A

Place of Detention or Incarceration

334 Mason St
Address (*If detained, facility address*)

Garland, Hot Springs        AR            71913
County, City                State              Zip Code

## II.   PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☒ Other. Explain. Not incarcerated

—

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:   Officer Castaneda
               Name (Last, First)
               Police Officer
               Current Job Title
               641 Malvern Ave
               Current Work Address
               Garland, Hot Springs     AR            71901
               County, City             State              Zip Code

Defendant 2:   Officer Morphew
               Name (Last, First)

Police Officer
Current Job Title

641 Malvern Ave
Current Work Address

Garland, Hot Springs        AR        71901
County, City                State     Zip Code


Defendant 3:
_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City        State        Zip Code


Defendant 4:
_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City        State        Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Hot Springs, AR

Date(s) of occurrence: July 27, 2023

Name of Each Defendant Involved:

Officer Castaneda
Officer Morphew

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Due process, illegal seizure, malicous prosecution

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: I was detained by Morphew 7-27-23 Without reasonable suspicion for more than 15 minutes then

> What happened to you?

arrested by Castaneda as retaliotion for refusing to identify myself. Bodycam evidence shows Castaneda say to his supervisor (Sgt. Defoor) on the phone "I can't arrest him for breaking a no contact order"

**Who did what?**

**How were you injured?**

then walked up to me and saying in so many words I'll give you one chance to identify yourself or I'm gonna arrest you for obstructing. I refused, he cuffed me, put me in his cruisor then Castanedaand Morphew conspired to and then tampered with a witness, to get McDaniels, the complaintnt to say on bodcam that he was scared. McDaniels went along with them. I was then charged with 5-54-102 and 5-71-208 on that day. I was aquited by a jury on 7-25-25 of those charges.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☒ Both Official and Individual capacity

**If you are asserting an official capacity claim,** please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

I believe it is widespread corruption. I was charged on 7-28-23 with 16-85-714 (d) by Judge Switzer from the bench. The jury trial was a sham, Judge Gibson wouldn't let me ask questions, give testimony or present evidence. Gibson called me "Rodney King" and yelled at me in front of the jury.

**Claim Number 2:**

Place(s) of occurrence:       Same

Date(s) of occurrence: _Same_

Name of Each Defendant Involved:

_Morphew_

_Castaneda_

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

due process

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Neither Castaneda or Morphew could identify me using ATLAS (a system on computer) as bodycam evidence shows. Castaneda removed my wallet and looked at my ID then said "Ahh, Ryan King" laughing. The incident report filed by Castaneda says that he identified me using ATLAS. A clear lie

| |
|---|
| What happened to you? |

| |
|---|
| Who did what? |

| |
|---|
| How were you injured? |

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☒ Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.

I believe it is widespread in Garland County to disregard the law. Such as Arkansas Rules of Criminal procedure Rule 2.2 It saying at no time may a officer imply a legal obligation to cooperate when none exhist.

**Claim Number 3:**

Place(s) of occurrence:    Same as claim 1

Date(s) of occurrence:    Same as claim 1

Name of Each Defendant Involved:

Castaneda
Morphew

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Illegal search and seizure

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: During his investigation Castaneda discovered that McDaniels lied, he then retailiated against me for observing my right to be attempting to observe my right to be free of illegal searches or seizures

**What happened to you?**

**Who did what?**

**How were you injured?**

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

I have tried to clear my name in both the

district court and the circuit court to no avail. Every step of the way government here has conspired with judges openly in court. I have been denied Habens Corpus.

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

☒    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☒    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☒    Other relief (describe below).
I want written admisions of corruption and apologies from both Castaneda and Morphew

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I have spent over a year in jail total behind this corruption. I was - I have spent countless hours reading law and case law trying to get the state to do the right thing. This has left me homeless and tired.

Please see page 1 of the Garland County District Court Certified docket. In order to establish that the 16-85-714(d) is legaly dead, or should be because the date of violation is 7-28-23, I was incarcerated that day. The Circuit Court has changed the date of violation on thedd docket since

I was aquited by a jury of the other charges.

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?          ☒ Yes    ☐ No

If yes, how many?    1

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?          ☐ Yes    ☒ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Civil Case No. 6:25-cv-06125-MEF; I was denied Habeas Corpus and retailicated againt by deputies at GCDC while incarcevated. This case is still pending, however it has been assigned. I do not have any strikes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Feb 5, 2026
Dated

Ryan R King
Printed Name (First, MI, Last)

N/A
Prison Identification #, if any.

334 Mason St.    Hot Springs        AR    71913
Prison-Address                City            State    Zip Code

Plaintiff's Signature

# GARLAND COUNTY DISTRICT COURT

**CERTIFIED DOCKET**

Cases as of
11/30/2023 02:34 PM

## CITY DOCKET

| Case Id | Description | Filing Date |
|---|---|---|
| HTC-23-4676 | STATE V RYAN R KING | 07-27-23 |

CASE TYPE:    CITY DOCKET TRAFFIC/CRIMINAL
GARLAND COUNTY DISTRICT COURT

**1   5-54-102**

| | |
|---|---|
| COUNTY JAIL FINE | $0.00 |
| CRIMINAL COURT COSTS | $0.00 |
| CITY JAIL FINE | $0.00 |
| FINES GENERAL | $0.00 |

**2   5-71-208**

| | |
|---|---|
| JAIL BOOKING FEE  ACT 117 2007 | $0.00 |
| FINES GENERAL | $0.00 |
| CITY JAIL FINE | $0.00 |
| CRIMINAL COURT COSTS | $0.00 |
| COUNTY JAIL FINE | $0.00 |

**3   16-85-714(d)**

| | |
|---|---|
| CITY JAIL FINE | $0.00 |
| FINES GENERAL | $0.00 |
| COUNTY JAIL FINE | $0.00 |
| JAIL BOOKING FEE  ACT 117 2007 | $0.00 |
| CRIMINAL COURT COSTS | $0.00 |
| Defendant Total | $0.00 |

| End Date | Party Type | ID | Party Name | | Payplan Balance |
|---|---|---|---|---|---|
| | JUDGE | DJ26HT | DISTRICT JUDGE OF GARLAND COUNTY | | |
| | PROSECUTING ATTORNEY | AR96162 | LAWRENCE, MICHELLE COE | | |
| | DEFENDANT | 932804934 | KING, RYAN R | 378788 | $0.00 |
| | OFFICER | HSPD142 | CASTANEDA, JOSE | | |
| | VICTIM | 918302071 | MCDANIEL, DAVID G | 219709 | $1,990.00 |
| | WITNESS | 934616915 | OVERTON, TIFFANY LEANN | | |

| Service Documents | Signed | Served? | Date | Event Description | Service Reason |
|---|---|---|---|---|---|

KING, RYAN R                                                                            D.O.B 07-28-76

Address Type:  MA        Since:  11-30-11
430 ORANGE ST # 233
HOT SPRINGS            AR 71901
NATIONAL

| Violation 1 | Citation: | Age at Violation 46 | Plea: 07-28-23  NOT GUILTY |
|---|---|---|---|
| 5-54-102 | OBSTRUCTING GOVERNMENTAL OPERATIONS | | Disp 10-30-23  GUILTY |
| Level:  MC | CLASS C MISDEMEANOR | | Sent: JAIL TIME LOCAL FACILITY |
| Violation Date | 07-27-23          231025886 | | Term:  30 Days |
| Violation Time | 19:30:00 | | Susp:  None |
| | | | CTS |

| Violation 2 | Citation: | Age at Violation 46 | Plea: 07-28-23  NOT GUILTY |
|---|---|---|---|
| 5-71-208 | HARASSMENT | | Disp 10-30-23  GUILTY |
| Level:  MA | CLASS A MISDEMEANOR | | Sent: JAIL TIME LOCAL FACILITY |
| Violation Date | 07-27-23          231025886 | | Term:  251 Days |
| Violation Time | 19:30:00 | | Susp:  None |
| | | | CTS FOR 96 DAYS (ELIGBILE FOR 2/1) |

| Violation 3 | Citation: | Age at Violation 46 | Plea: 07-28-23  NOT GUILTY |
|---|---|---|---|
| 16-85-714(d) | VIOLATION OF NO CONTACT ORDER | | Disp 10-30-23  GUILTY |
| Level:  MA | CLASS A MISDEMEANOR | | Sent: JAIL TIME LOCAL FACILITY |
| Violation Date | 07-28-23 | | Term:  251 Days |
| Violation Time | 13:00:00 | | Susp:  None |
| | | | CTS FOR 96 DAYS (ELIGBILE FOR 2/1) |