IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RYAN R. KING                                                                          PLAINTIFF

v.                                              Case No. 6:26-cv-6012

OFFICER CASTANEDA and
OFFICER MORPHEW                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on February 27, 2026, by the

Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 5.  Judge Ford recommends that this case be dismissed without prejudice, pursuant to 28

U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted.  Plaintiff has

not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28

U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge

Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 5) *in toto.*

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge